## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Karl Keith Bettinger and<br>Carole Irene Bettinger | Case No.:10–40191 |
| Debtor(s) | Chapter: 7 |

# NOTICE OF DEBTOR'S ELECTION TO CONVERT AND RELATED ORDERS

On motion/notice of the debtor(s), by counsel, to convert said petition from a Chapter 13 to a Chapter 7, you are hereby notified that pursuant to the debtor's(s') right to convert under Bankruptcy Rule 1017(f), such conversion is effective as of the date of entry of the debtor's notice.

IT IS HEREBY ORDERED that the debtor(s) be granted an Order of Relief under Chapter 7 of the Bankruptcy Code, and be required to file a new petition (including all required schedules and forms and, if applicable, Official Form 22) * under said Chapter, on or before 6/12/13. If additions or changes to the current mailing matrix are required, the debtor(s) shall file a certificate with the Court listing only those changes or additions (a new matrix should not be filed). DO NOT USE CASE UPLOAD TO FILE CONVERSION PETITION. PETITION MUST BE FILED AS SCHEDULES UNDER THE MISCELLANEOUS CATEGORY.

IT IS FURTHER ORDERED that William W. Lawrence, Trustee, be, and is, relieved of his duties as trustee, and shall file and submit a final report and account with the Court after all checks associated with the case have cleared the bank. Russ Wilkey is hereby appointed to serve as trustee in the above estate(s).

By separate mailing, a meeting of creditors notice will be mailed to all scheduled creditors and parties in interest.

A copy of this Order shall be mailed to the debtor(s), counsel for the debtor(s), to William W. Lawrence, to the interim trustee, the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 5/29/13

| | FOR THE COURT |
|---|---|
| By: dh | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

**\* No additional filing fee is required**

**Please reflect case number on new petition when filing**

```
                              United States Bankruptcy Court
                               Western District of Kentucky
In re:                                                                 Case No. 10-40191-acs
Karl Keith Bettinger                                                   Chapter 7
Carole Irene Bettinger
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0644-4          User: dhurtt                  Page 1 of 4                   Date Rcvd: May 29, 2013
                              Form ID: 231                  Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2013.
db/jdb       +Karl Keith Bettinger,    Carole Irene Bettinger,    3641 Denewood Court,    Columbus, GA 31909-3740
aty          +Dennis M. Ostrowski,    815 West Market Street,    Suite 500,    Louisville, KY 40202-2687
aty          +Elizabeth A. McHargue,    Mapother & Mapother, P.S.C.,    815 West Market St.,   Suite 500,
               Louisville, Ky 40202-2606
aty          +Patti H. Bass,   3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
aty           Sandra D. Freeburger,    101 First Street,    P. O. Box 21,    Henderson, KY  42419-0021
tr           +Russ Wilkey,   111 West Second Street,    Owensboro, KY 42303-4112
tr           +William W. Lawrence -13,    310 Republic Plaza,    200 S. Seventh Street,
               Louisville, KY 40202-2751
cr           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
4211896       Alliance One,    PO Box 21951,    Eagan MN 55121-0951
4211897       Arrow Financial Svcs,    National Enterprise Systems,    29125 Solon Road,    Solon OH 44139-3442
4211898       Aspire Visa,    Cardholder Services,    POB 105555,   Atlanta GA 30348-5555
4211900      +Associated Recovery Systems,    201 West Grand Ave,    Escondido CA 92025-2603
4211901       Bank of America,    P O Box 21846,    Greensboro NC 27420-1846
4211902       Bloomingdale’s,    PO Box 183083,    Columbus OH 43218-3083
4211903      +Bruce Adams Construction,    8800 Highway 1078 N,    Henderson KY 42420-9714
4262976       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC  28272-1083
4998342      +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
4211905       Citi Cards,    Customer Service,    PO Box 142319,    Irving TX 75014-2319
4211906       Citibank,    P O Box 6003,    Hagerstown MD 21747-6003
4211907      +Coconut Beach Resort,    1500 Alberta Street,    Key West FL 33040-4793
4211908      +Creditors Financial Group,    POB 440290,    Aurora CO 80044-1500
4225053      +DH Capital Management, Inc.,    815 West Market Street, Suite 500,    Louisville, KY 40202-2687
4211909       Deaconess Health System,    PO BOX 1230,    Evansville IN 47706-1230
4228300      +Department Stores National Bank/Macys,    Nco Financial Systems, Inc.,    PO Box 4275,
               Norcross, GA 30091-4275
4211913       Financial Asset Mgmt Systems,    PO Box 451409,    Atlanta GA 31145-9409
4211919      +HSBC,   Cardmember Service Ctr,    PO Box 5250,    Carol Stream IL 60197-5250
4304108      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
4315795      +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
4211916       Henderson County Clerk,    POB 374,    Henderson KY 42419-0374
4211918       Hoosier Accounts Service,    315 N Main,    P O Box 4007,    Evansville IN 47724-0007
4211921      +Lane Bryant,    Spirit of America,    PBC of MD,    5295 DTC Pkwy,    Englewood CO 80111-2752
4211924       MBNA,    PO Box 17309,    Baltimore MD 21297-1309
4211922      +Macy’s,    111 Boulder Industrial Dr,    Bridgeton MO 63044-1241
4333803       Medical & Professional Collection Services, Inc.,    PO Box 1116,   Newburgh, IN  47629-1116
4211927       NERS,    PO Box 209,    Thornwood NY 10594-0209
4211926       Neiman Marcus,    PO Box 5235,    Carol Stream IL 60197-5235
4211928      +Northland Group,    P O Box 390905,    Edina MN 55439-0905
4211929      +P. Scott Lowery, PC,    4500 Cherry Creek Dr. South,    Suite 700,    Denver CO 80246-1534
4211931      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 100,
               Norfolk VA 23502-4962)
4252205      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
               NORFOLK VA 23541-0914
4211930       Pier One Imports,    PO Box 15325,    West Point NY 10996-5325
4211932       Sak’s Fifth Ave,    Credit Services,    PO Box 10327,    Jackson MS 39289-0327
4211933      +Sam Streeter, PLLC,    PO Box 420848,    Houston TX 77242-0848
4211934      +St Mary’s Hospital,    3700 Washington Ave,    Evansville IN 47714-0541
4211936       Victoria’s Secret,    WFNNB,    Bankruptcy Dept,    PO Box 182125,    Columbus OH 43218-2125
4211938      +Wells Fargo Bank,    1220 Concord Ave,    Concord CA 94520-4906
4278483      +Wells Fargo Financial Kentucky Inc,    4137 121st Street,    Urbandale IA 50323-2310
4211939      +Wells Fargo Mortgage,    3476 Stateview Blvd,    MAC 7801-013,    Fort Mill SC 29715-7203
4211942       World Financial Recovery,    PO Box 182125,    Columbus OH 43218-2125
5215624      +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
               Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: bncmail@w-legal.com May 29 2013 18:59:26     Richard S. Ralston,
               Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
ust          +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov May 29 2013 18:59:13     Joseph J. Golden,
               Office of the U.S. Trustee,    601 W. Broadway #512,    Louisville, Ky 40202-2229
cr           +E-mail/Text: bncmail@w-legal.com May 29 2013 18:59:27     Candica, LLC,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
4279394       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2013 19:03:54
               American Infosource Lp As Agent for,    World Financial Network National Bank As,    Buckle,
               PO Box 248872,    Oklahoma City, OK  73124-8872
```

```
District/off: 0644-4          User: dhurtt                Page 2 of 4                   Date Rcvd: May 29, 2013
                              Form ID: 231                Total Noticed: 78

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4221356        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2013 19:03:52
                 American Infosource Lp As Agent for,    World Financial Network National Bank As,
                 Victoria's Secret,    PO Box 248872,    Oklahoma City, OK   73124-8872
4221355        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2013 19:13:46
                 American Infosource Lp As Agent for,    World Financial Network National Bank,    PO Box 248872,
                 Oklahoma City, OK   73124-8872
4305232       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 29 2013 18:55:43       Asset Acceptance LLC,
                 PO BOX 2036,    Warren, MI 48090-2036
4211899       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 29 2013 18:55:43       Asset Acceptance LLC,
                 28405 Van Dyke,    Warren MI 48093-7132
4262010        E-mail/Text: bankruptcy@cavps.com May 29 2013 18:59:38       Cavalry Portfolio Services, LLC,
                 7 Skyline Drive, Third Floor,    Hawthorne, NY   10532
4301832        E-mail/Text: resurgentbknotifications@resurgent.com May 29 2013 18:55:28       CR Evergreen, LLC,
                 MS 550,    PO Box 91121,    Seattle, WA 98111-9221
4341607       +E-mail/Text: bncmail@w-legal.com May 29 2013 18:59:27       Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4211904        E-mail/Text: bk.notifications@jpmchase.com May 29 2013 18:55:41       Chase,
                 JP Morgan Chase Bank, N.A.,    P O Box 29505,    Phoenix AZ 85038-9505
4211910        E-mail/Text: bknotices@mapother-atty.com May 29 2013 18:55:33       DH Capital Mgmt,
                 c/o Mapother & Mapother,    801 W Jeffereson St,    Louisville KY 40202
4211911       +E-mail/Text: BKRMailOps@weltman.com May 29 2013 18:59:22       Discover Bank,
                 c/o Weltman, Weinberg & Reis,    525 Vine Street, #800,    Cincinnati OH 45202-3122
4800718       +E-mail/Text: resurgentbknotifications@resurgent.com May 29 2013 18:55:29
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
4211912        E-mail/Text: renee.english@evansvillesurgical.com May 29 2013 18:59:16
                 Evansville Surgical Assoc,    P O Box 23250,    Evansville IN 47724-1250
4211914        E-mail/PDF: gecsedi@recoverycorp.com May 29 2013 19:00:21       GE Money Bank,    P O Box 105985,
                 Atlanta GA 30348-5985
4211915       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2013 19:00:13       GEMB/GAP,    PO BOX 981400,
                 El Paso TX 79998-1400
4227724        E-mail/Text: cio.bncmail@irs.gov May 29 2013 18:54:30       DEPARTMENT OF THE TREASURY,
                 Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114
4211920        E-mail/Text: cio.bncmail@irs.gov May 29 2013 18:54:30       Internal Revenue Service,    POB 21126,
                 Philadelphia PA 19114
4211923       +E-mail/Text: bknotices@mapother-atty.com May 29 2013 18:55:33       Mapother & Mapother,
                 ATTN: Heather Peters,    815 W. Market St., Ste 500,    Louisville KY 40202-2606
4211925        E-mail/Text: bankruptcydepartment@ncogroup.com May 29 2013 18:59:34       NCO Financial Systems,
                 PO BOX 17095,    Wilmington DE 19850-7095
4251051        E-mail/Text: resurgentbknotifications@resurgent.com May 29 2013 18:55:29       Roundup Funding, LLC,
                 MS 550,    PO Box 91121,    Seattle, WA 98111-9221
4275589       +E-mail/Text: bncmail@w-legal.com May 29 2013 18:59:26       TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5160994       +E-mail/Text: bncmail@w-legal.com May 29 2013 18:59:40       Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4211937        E-mail/PDF: gecsedi@recoverycorp.com May 29 2013 19:00:14       Walmart,    POB 530927,
                 Atlanta GA 30353-0927
4211940       +E-mail/Text: BKRMailOps@weltman.com May 29 2013 18:59:22       Weltman, Weinberg & Reis Co, LPA,
                 Attn: Jeannette Conrad,    525 Vine Street, Ste 800,    Cincinnati OH 45202-3145
4211941        E-mail/Text: debbieh@whcpc.com May 29 2013 18:59:17       Women's Health Care,    P O Box 1506,
                 Evansville IN 47706-1506
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               GREENVILLE, SC 29602-0288
cr*          +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
cr*          +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*          +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
               TUCSON, AZ 85712-1083
4211917      ##+Home Depot Credit Svcs,    PO Box 6925,    The Lakes NV 88901-6925
4211935       ##Target National Bank,    PO Box 59317,    Minneapolis MN 55459-0317
                                                                                      TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0644-4          User: dhurtt              Page 3 of 4            Date Rcvd: May 29, 2013
                              Form ID: 231              Total Noticed: 78
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2013**                **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0644-4           User: dhurtt                Page 4 of 4                   Date Rcvd: May 29, 2013
                               Form ID: 231                Total Noticed: 78


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2013 at the address(es) listed below:
              Dennis M. Ostrowski    on behalf of Creditor   DH Capital Management, Inc.
               loubknotices@mapother-atty.com
              Elizabeth A. McHargue    on behalf of Creditor    Wells Fargo Financial Kentucky, Inc.
               loubknotices@mapother-atty.com
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Richard S. Ralston    on behalf of Creditor    Candica, LLC richardr@w-legal.com,
               chapter-13@w-legal.com
              Russ  Wilkey    twilkey@wilkeylaw.com,  rwilkey@ecf.epiqsystems.com
              Sandra D. Freeburger    on behalf of Debtor Karl Keith Bettinger sfreeburger@dsf-atty.com,
               mbaker@dsf-atty.com;mdeitz@insightbb.com
              Sandra D. Freeburger    on behalf of Joint Debtor Carole Irene Bettinger sfreeburger@dsf-atty.com,
               mbaker@dsf-atty.com;mdeitz@insightbb.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                             TOTAL: 10
```